# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DOMINIQUE VALLIER

NO. 2022 KW 0156

**APRIL 22, 2022**

---

In Re:   Dominique Vallier, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 557,415.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT